# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 JAN -5 PM 3:49

DEPUTY CLERK _____

**Plaintiff:** Kesha Terry

**Civil Action No.:** 3-21CV0016-X

v.

**Defendant:** Detention Workers, Supervisor at Dallas Sheriff Dept. + Dallas County Sheriff Dept.

## COMPLAINT

U.S. Law Section 19 of Title 42
Also under 42 U.S. Code 1983
I am bring forth this civil case based on Police Brutality when I was arrested and in the hands of officers/detention workers I was abused, molested / stepped on, injured + lost blood during the change of clothes. I was told to lay on my stomach, and while on my stomach I was stepped on, the supervisor also damaged damaged my arms when she with up words to words my back with hand cuffs on. what they did to me was not right. I am asking that action be taken against those officers.

* Attach additional pages as needed.

**Date:** Jan 5, 2021

**Signature:** Kesha Terry

**Print Name:** Kesha Terry

**Address:** 9511 Olde Town Row

**City, State, Zip:** Dallas, TX 75227

**Telephone:** 214-336-8230

UNITED STATES DISTRICT COURT-GEORGE
OF NORTHERN DISTRICT TEXAS

Kesha Terry

vs.

Detention Workers, Supervisor,
& Dallas Sheriff Dept.

### Motion For The Courts To Take Action/Under Section 42 U.S. Code 1983

I, the Plaintiff, Kesha Terry is asking that the Dallas District Court will take action, and not allow the defendants to get by with harming me, abusing me, and molesting me when on of the Detention workers stuck fingers up my but tux, and a rib concussion. My arms are not the same due to nerve damage/and pain I endured when the Supervisor took my arms with handcuffs on me, and went upward towards my neck. I also lost a lot of blood.

I was arrested for no reason, when I went into the Irving City Jail to pick up paper work for a Civil Case # 3:11-0660/ a case that was Appealed and remanded back in my favor due to State Laws, that applied to my Civil Case, and was looked over.

Appeals # 14:11112/ Remanded back from the United States Appeals Court 5th Circuit in my favor due to Tex. State Laws that were looked over.

I did jail time for no reason, and while I was in the hands of these workers, I should have been protected, and not harmed. The False arrest was respectfully discharged when my Attorney Gemma Moffa explained to the DA about my injuries/and I was not put on any type of probation/I was just asked to take can goods to the Dallas Texas Food Bank.

I am asking that this Civil case be taking serious, in what I endured being locked up in the Dallas County jail by detention workers who along with their Supervisor aided her workers to step on, molested me, abused me causing harm to my body ( Robert Davis vs. New Orleans October 9, 2005). Officers in Robert Davis case was held responsible for what they did.

Officers/Detention & Supervisor workers should be responsible for what they did. Excessive force was used on me for no reason, and I had a right to be protected, and I I wasn't, instead I was brutalized by these workers. I am asking that this Case be taken seriously, and based on the injuries I sustained.

My Case was first with another Judge in this Court who took my Civil Case Serious, that Judge retired, and after that the case was not taken seriously.

The Magistrate Judge who had no history of

the Case, and never cared to look into the Case, have tried to throw my Civil Case out under Section 42 1983.

Section 42 1983 is a right a citizen got when they have been brutalized by law enforcement.

Because of the Color of my Skin, this case/and other cases have not been taking serious when by Law, I have a right to file my Civil Case under the law that is up for citizens/people like me regardless of my skin color/my religion/etc.

I am asking that Justice Prevail in this Case, and not be thrown out.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kesha Terry

**DEFENDANTS**
Dention workers / Supervisor at the Sheriff Dept
Also along the Sheriff Dept

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED JAN - 5 2021 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [x] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS - PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS - Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S. Code 1983 Civil Action of deprivation of rights

Brief description of cause:
injured/excessive force use on me / molested

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 4 million
$22,000 ??

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: 3:11-cv-0060, Appeal 14-11112 + State Cnr
DOCKET NUMBER: 

DATE: 

SIGNATURE OF ATTORNEY OF RECORD: 

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____