UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KESHA TERRY §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>DETENTION WORKERS, et al. §<br>§<br>*Defendants.* § | Civil Action No. 3:21-CV-16-X-BH |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 16th day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1